UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Abizahi Dominguez Rios,                          Civil 10-2192 PJS/FLN

        Petitioner,

    v.                                            O R D E R

United States of America,

        Respondent.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 24, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1.  Petitioner's petition for a writ of habeas corpus [#1] is DENIED; and

2.  This matter is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 15, 2011.           s/Patrick J. Schiltz_____
at Minneapolis, Minnesota       Patrick J. Schiltz
                       United States District Judge